UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

OCHIENZES GODWIN,

                Plaintiff,

       -against-                           **MEMORANDUM AND ORDER**
                                              20-CV-969 (RPK) (CLP)

BUKA NEW YORK CORP., LOOKMAN
MASHOOD, and NATALIE GOLDBURG.

                Defendants.
------------------------------------------------------x
RACHEL P. KOVNER, United States District Judge:

       Plaintiff Ochienzes Goodwin brought this action under the Fair Labor Standards Act ("FLSA"), the New York Labor Law ("NYLL"), and related regulations. *See* Compl. ¶ 1 (Dkt. #1). Plaintiff named as defendants Buka New York Corp., Lookman Mashood, and Natalie Goldburg. *See id.* ¶¶ 6-8. Defendants were served but never appeared. *See* Executed Summons (Dkt. #9); Executed Summons (Dkt. #10); Executed Summons (Dkt. #12); Request for Certificate of Default (Dkt. #14); Certificate of Default (Dkt. #15). Plaintiff moved for default judgment. *See* Mot. for Default J. (Dkt. #16). That motion was referred to Chief Magistrate Judge Cheryl L. Pollak for a report and recommendation. *See* Order Referring Mot. (Aug. 26, 2020).

       Judge Pollak recommends that the motion for default judgment be granted. *See* Report and Recommendation ("R. & R.") at 29 (Dkt. #19). A district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). No party has objected to the R. & R. within the time required by Section 636(b)(1).

       When no party has objected to a magistrate judge's recommendation, the recommendation is reviewed, at most, for "clear error." *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear

1

error on the face of the record in order to accept the recommendation."); *see, e.g.*, *Alvarez Sosa v. Barr*, 369 F. Supp. 3d 492, 497 (E.D.N.Y. 2019). Clear error will only be found only when, upon review of the entire record, the Court is left with "the definite and firm conviction that a mistake has been committed." *United States v. Snow*, 462 F.3d 55, 72 (2d Cir. 2006). I have reviewed Judge Pollak's report and recommendation and, having found no clear error, adopt it in full. Plaintiff's motion for default judgment is granted. Damages, fees, and costs are awarded as calculated in the report and recommendation. Plaintiff is directed to serve a copy of this order on defendants. The Clerk of Court is directed to enter judgment accordingly and to close this case.

SO ORDERED.

                                                   /s/ Rachel Kovner
                                                   RACHEL P. KOVNER
                                                   United States District Judge

Dated:        March 17, 2021
                Brooklyn, New York