UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

OCHIENZES GODWIN,                                    JUDGMENT

                   Plaintiff,              20-CV-969 (RPK) (CLP)

   v.

BUKA NEW YORK CORP., LOOKMAN
MASHOOD, and NATALIE GOLDBURG.

                Defendants.
------------------------------------------------------------X

      A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge,

having been filed on March 17, 2021, adopting the Report and Recommendation of Magistrate

Judge Cheryl L. Pollak, dated February 17, 2021, which recommended that plaintiff's motion for

entry of a default judgment be granted, and that plaintiff be awarded the following damages: (1)

$2,265 for unpaid minimum wages and spread-of-hours pay; (2) $4,200 in penalties for wage

notice and wage statement violations; (3) $2,265 in liquidated damages; (4) $305.49 in pre-

judgment interest, plus interest accrued between the filing of the motion and final entry of

judgment; and (5) $9,245 in attorney's fees and costs; that the defendants be held jointly and

severally liable for the judgment; and the Clerk of Court having calculated the additional interest

at the rate set forth in the R&R( pg.21-22), and the interest being $2,269.72; it is

      ORDERED and ADJUDGED that plaintiff's motion for default judgment is granted; and

that judgment is hereby entered in favor of plaintiff and against defendants, jointly and severally,

in the total amount of $20,550.21.

Dated: Brooklyn, New York                        Douglas C. Palmer
      March 18, 2021                              Clerk of Court

                                 By:   */s/Jalitza Poveda*
                                        Deputy Clerk